NUMBER 13-01-470-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


DAVID AND KAREN WILLIAMSON , Appellants,


v.


NAOMI RUTH ABERNATHY, ET AL. , Appellees.

____________________________________________________________________


On appeal from the 28th District Court

of Nueces County, Texas.

____________________________________________________________________

O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellants, DAVID AND KAREN WILLIAMSON , attempted to perfect an appeal from an order entered by the 28th
District Court of Nueces County, Texas, in Cause No. 01-0333-A . The clerk's record was received on November 2, 2001 . 

Upon review of the clerk's record, it appeared that the order from which this appeal was taken was not a final appealable
order. Pursuant to Tex. R. App. P. 42.3, notice of this defect was given so that steps could be taken to correct the defect, if
it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this
notice, the appeal would be dismissed for want of jurisdiction. Appellants' response to this Court's notice was received on
December 13, 2001; however, to date, appellants have failed to cure the defect. 

The Court, having considered the documents on file and appellants' failure to cure the defect, is of the opinion that the
appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of February, 2002 .